United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REYCHELL LOREY TELLEZ TORRES, *et al.*, | § § § § § | |
| Petitioners, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-02389 |
| MARTIN FRINK, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

At the time the petitioner, Reychell Lorey Tellez Torres, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, she was a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Houston Contract Detention Center. Respondents have advised the Court that Petitioner was removed to Ecuador on March 26, 2026. Doc. Nos. 8, 8-1. Petitioner does not contest that she has been removed and that this case is now moot.

Because the petitioner is no longer in custody and no controversy remains, her petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

1 / 2

Therefore, the Court **ORDERS** as follows:

1. This habeas petition is **DISMISSED** without prejudice as **MOOT.**

2. This case is **CLOSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this _____ day of May 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE